# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:02-CR-0295** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **VINCENT ELLIS WILSON** | : | |

## **ORDER**

AND NOW, this 23rd day of March, 2007, upon consideration of defendant's motion (Doc. 549) for a certificate of appealability regarding the court's denial of defendant's motion to vacate under 28 U.S.C. § 2255 (Doc. 520), and the court finding that defendant has not made a "substantial showing of the denial of a constitutional right," see 28 U.S.C. § 2253(c)(2), it is hereby ORDERED that the motion (Doc. 549) is DENIED. A certificate of appealability is DENIED. See 28 U.S.C. § 2253.

       /s/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge