IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:02-CR-0295** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **VINCENT ELLIS WILSON** | : | |

### ORDER

AND NOW, this 12th day of June, 2008, upon consideration of the correspondence (Doc. 568), in which defendant contends that appointed counsel[1] "has expressed her desire not to proceed on my behalf," and seeks to have the court vacate the order dated April 30, 2008 (Doc. 563) which struck defendant's *pro se* motion (Doc. 561) for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) because he was represented by counsel, and counsel's response thereto (Doc. 570), it is hereby ORDERED that the order dated April 30, 2008 (Doc. 563) is VACATED and the *pro se* motion (Doc. 561) for sentence reduction is REINSTATED.[2]

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Counsel was appointed to represent defendant in matters related to sentence reductions pursuant to 18 U.S.C. § 3582(c)(2). (See Doc. 562.)

[2] The court will rule on the motion (Doc. 561) for sentence reduction by separate order.